|   |   |
|---|---|
| 1 | CADDEN & FULLER LLP |
|   | Thomas H. Cadden, Bar No. 122299 |
| 2 | H. Daniel Fuller, Bar No. 105758 |
|   | Charlene A. Busch, Bar No. 124200 |
| 3 | Johanna S. Wilson, Bar No. 222686 |
|   | 114 Pacifica, Suite 450 |
| 4 | Irvine, California 92618-3326 |
|   | Telephone: (949) 788-0827 |
| 5 | Facsimile: (949) 450-0650 |
|   | Attorneys for all Plaintiffs |

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

S. SIDNEY MANDEL and PAUL D. BERNSTEIN, in their capacity as Co-Trustees of the Sidney J. Bernstein Trust dated November 25, 1987 for the benefit of Elaine S. Bernstein, the Sidney J. Bernstein Trust dated November 25, 1987 for the benefit of Paul D. Bernstein, and the Sidney J. Bernstein Trust dated November 25, 1987 for the benefit of Anne L. Bernstein, *et al.*

Plaintiffs,

vs.

NNN REALTY INVESTORS, LLC, (doing business as, and formerly known as, GRUBB & ELLIS REALTY INVESTORS, LLC, also formerly known as Triple Net Properties, LLC), a Virginia limited liability company; *et al.*,

Defendants.

Case No. SACV 11-1940-CJC (ANx)

The Honorable Cormac J. Carney

**ORDER REMANDING CASE TO STATE COURT**

**<u>JURY TRIAL DEMANDED</u>**

(Unlimited Civil Case)

Complaint Filed: February 14, 2011

Trial Date:   None Set

**WHEREAS**, plaintiffs in the above-captioned case ("Plaintiffs") commenced this action in the Superior Court of the State of California, County of Orange on February 14, 2011;

- 1 -

ORDER

1  **WHEREAS**, Plaintiffs, on November 22, 2011, filed a Second Amended Complaint ("SAC") which, among other things, added claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

4  **WHEREAS**, on December 15, 2011, defendants Grubb & Ellis Company and Michael J. Rispoli filed a Notice of Removal of this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. Section 1441 on the grounds that the added claims in the SAC provided exclusive federal question jurisdiction (15 U.S.C. § 78aa);

9  **WHEREAS**, on January 13, 2012, Plaintiffs filed a motion (1) for leave to file a third amended complaint to, among other things, remove the federal securities claims, and (2) remand the case back to state court ("Motion");

12  **WHEREAS**, before Plaintiffs' Motion was heard, on February 23, 2012, an order was issued inactivating this case following the February 22, 2012 filing of Grubb & Ellis Company's Suggestion of Bankruptcy;

15  **WHEREAS**, on May 2, 2014, an order was entered by the United States Bankruptcy Court for the Southern District of New York, lifting the automatic stay as to Plaintiffs in order to proceed with this action against Parent and Grubb & Ellis Securities Inc.;

19  **WHEREAS**, on May 22, 2014 an order was granted restoring this case to active status;

21  **WHEREAS**, on June 26, 2014, this Court issued a minute order allowing Plaintiffs to file a Third Amended Complaint and giving Plaintiffs until July 21, 2014 to file a motion to remand this case back to state court;

24  **WHEREAS**, the Third Amended Complaint, filed with leave of this Court on July 2, 2014 no longer contains any claims providing exclusive federal question jurisdiction (15 U.S.C. § 78aa);

27  **WHEREAS**, there also do not exist grounds for diversity jurisdiction;

28  ///

1  **WHEREAS**, on July 14, 2014, the parties in the above-captioned matter filed
2  a Stipulation pursuant to 28 U.S.C. 1367(c)(3) to remand this case back to Orange
3  County Superior Court of the State of California (the "Stipulation");

4  **NOW THEREFORE**, having considered and reviewed the parties'
5  Stipulation, and having heard all of the arguments, and good cause appearing, the
6  Court ORDERS as follows**:**

7      1.    Pursuant to 28 U.S.C. § 1367(c)(3), this action is immediately
8  REMANDED to the Superior Court of the State of California, County of Orange.

9      2.    The parties shall bear their own costs and attorneys' fees incurred in
10  connection with the removal of this action and other proceedings in this Court.

12  **IT IS SO ORDERED.**

14          DATED: July 15, 2014

17          _____
18          **THE HONORABLE CORMAC J. CARNEY**
        **UNITED STATES DISTRICT JUDGE**

ORDER